1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMIE COX and MARY JOHNSON on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**DEL MONTE FOODS, INC.**<br><br>Defendant. | CASE NO.: 24-cv-04204-VC<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER RE: JOINT REQUEST FOR DISMISSAL** |

# [PROPOSED] ORDER

Having considered the parties' Joint Request for Dismissal, and good cause having been shown, the Court ORDERS as follows:

1. The parties have demonstrated that unnamed class members whose claims are not being resolved by the parties' settlement are not prejudiced by the dismissal of this action.

2. The parties have demonstrated that it is not necessary for unnamed class members to be notified of the dismissal of this action.

3. The parties' Joint Request is GRANTED, and this matter is dismissed with prejudice as to the named Plaintiffs only.

IT IS SO ORDERED.

Dated: December 13, 2024

_____
Hon. Vince Chhabria
United States District Court Judge